# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM CASTILL**, | * | |
| Plaintiff, | * | **CASE NO. 3:20-cv-1690** |
| v. | * | **JUDGE JEFFREY J. HELMICK** |
| **JAC PRODUCTS, INC.**, | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now come the parties Plaintiff William Castill ("Plaintiff") and Defendant JAC Products, Inc. ("Defendant"), by and through the undersigned counsel, to hereby give the Court notice of the stipulated dismissal without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of Plaintiff's claims against Defendant in the above-captioned matter. All parties to bear their own attorneys' fees and costs.

Respectfully submitted,

| **COFFMAN LEGAL, LLC** | **BODMAN PLC** |
|---|---|
| */s/ Adam C. Gedling* | */s/ Melissa M. Tetreau* |
| Matthew J.P. Coffman (0085586) | John T. Below (P48677) |
| Adam C. Gedling (0085256) | Melissa M. Tetreau (P80864) |
| 1550 Old Henderson Road, Suite 126 | 201 W. Big Beaver Road |
| Columbus, OH 43220 | Suite 500 |
| 614-949-118 | Troy, MI 48084 |
| 614-386-9964 (FAX) | (248) 743-6000 |
| mcoffman@mcoffmanlegal.com | (248) 743-6002 (FAX) |
| agedling@mcoffmanlegal.com | Email: jbelow@bodmanlaw.com |
| | mtetreau@bodmanlaw.com |
| *Attorneys for Plaintiff William Castill* | *Attorneys for Defendant JAC Products, Inc.* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th of July 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record of all parties.

                              */s/ Adam C. Gedling*
                              Adam C. Gedling

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge